In the Matter of the Accounting of FIFTH AVENUE BANK OF NEW YORK et. al., as Executors of FRITZ G. SCHMIDT, Deceased. ANNA D. SCHMIDT, Appellant; FIFTH AVENUE BANK OF NEW YORK, as Executor of FRITZ G. SCHMIDT, Deceased, et al., Respondents. (Appeal No. 3.) — No opinion. Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.

In the Matter of the Accounting of FIFTH AVENUE BANK OF NEW YORK et al., as Executors of FRITZ G. SCHMIDT, Deceased. ANNA D. SCHMIDT, Appellant; FIFTH AVENUE BANK OF NEW YORK, as Executor of FRITZ G. SCHMIDT, Deceased, et al., Respondents. (Appeal No. 4.) Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.

In the Matter of the Accounting of FIFTH AVENUE BANK OF NEW YORK et al., as Executors of FRITZ G. SCHMIDT, Deceased. ANNA D. SCHMIDT, Appellant; FIFTH AVENUE BANK OF NEW YORK, as Executor of FRITZ G. SCHMIDT, Deceased, et al., Respondents. (Appeal No. 5.) No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

WILLIAM KELLY, an Infant, by HELEN KELLY, His Guardian ad Litem, et al., Appellants, v. MYER PRODUCTS, INC., et al., Respondents.— No opinion. Present — Hagarty, Carswell, Adel, Taylor and Lewis, JJ.

DAVID MANDEL, Appellant, v. BERTHA SILVERSTEIN, Respondent.— No opinion. Carswell, Johnston, Adel, Taylor and Lewis, JJ., concur.

FRANCES S. MOSHER, Respondent, v. MAURICE E. MOSHER, Appellant.— No opinion. Carswell, Johnston, Adel, Taylor and Lewis, JJ., concur.